# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

07-27252

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Deaderrich D. Wright   SS# xxx-xx-7113
SS#

ADDRESS: 85 Oliver Lane, Moscow, TN 38057

PLAN PAYMENT: Debtor to pay $ 590.00   Weekly **Every Two Weeks** Semi-monthly Monthly

PAYROLL DEDUCTION: 95 Hwy 57 East   OR ( ) DIRECT PAY

Collierville, TN 38017   BECAUSE:

AOC   FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

PAYMENT

CHILD SUPPORT: Future Support through Plan to

Child Support Arrearage to

PRIORITY CREDITORS:

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | | |
|---|---|---|---|---|---|
| Countrywide (1st) | ongoing payment begins | December 2007 | | | $ 788.40 |
| | Approximate arrearage | 4728 | Interest | 0.00% | $ 79.00 |
| Countrywide (2nd) | ongoing payment begins | December 2007 | | | $ 273.40 |
| | Approximate arrearage | $1,644.00 | Interest | 0.00% | $ 28.00 |

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Royal | $ 400.00 | 10.25% | $ 10.00 |
| | | | |
| | | | |
| | | | |

UNSECURED CREDITORS: Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: ;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.