```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

In Re:                                                        Chapter 13
DEADERRICH D WRIGHT

Debtor(s)                                               Case No. 07-27252-E
SSN XXX-XX-7113

---
### NOTICE OF FINAL CURE PAYMENT AND
### COMPLETION OF PLAN PAYMENTS
---

　　Pursuant to Fed. Bankr. Rule 3002.1(d), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

NAME OF CREDITOR:　　　　　　　　　　ACQURA LOAN SERVICES

COURT CLAIM NUMBER:　　　　　　　　　4

LAST FOUR DIGITS OF ACCT NUMBER:　　0257/9040

　　The ongoing mortgage payment is paid through the chapter 13 Plan and is currently due for 09/01/2012.

　　Within 21 days of the service of the Notice, the creditor must file and serve same on the debtor, debtor's counsel and the trustee, pursuant to Fed. Bankr. Rule 3002.1(e), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with  1322(b)(5), the debtor is otherwise current on all payments or be subject to further action of the Court including possible sanctions.

　　　　　　　　　　　　　　　　　　　　/s/ Sylvia Ford Brown
　　　　　　　　　　　　　　　　　　　　Sylvia Ford Brown
　　　　　　　　　　　　　　　　　　　　200 JEFFERSON AVE SUITE 1113
　　　　　　　　　　　　　　　　　　　　MEMPHIS, TN 38103

cc: DEADERRICH D WRIGHT

　　JIMMY MCELROY ATTY

　　CHAPTER 13 TRUSTEE

　　ACQURA LOAN SERVICES
　　7880 BENT BRANCH DRIVE SUITE 150
　　IRVING, TX 75063-6045