Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

| | | |
|---|---|---|
| **Name of debtor:** | Deaderrich D. Wright<br>aka Deaderrich Dewone Wright | **Case Number:** 07-27252-GWE |
| | | **Chapter 13** |
| **Trustee:** | Sylvia F. Brown | **Judge:** George W. Emerson, Jr. |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 08/16/2012

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Vantium - Ellington 20093  As Serviced by Acqura Loan Services | **Last four digits** of any number you use to identify the debtor's account: | xx0257 |

### 1. Pre-Petition Arrears - Court claim no. (if known): 4  (Docket Entry #86)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the prepetition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
   Amount of pre-petition arrears due at filing: _____
   Amount received from the Chapter 13 Trustee _____

   Pre-Petition arrears remaining due: _____

### 2. Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:
   Post-petition amounts remaining due: _____

### 3. Sign Here

Print Name: Nickolaus Allan McLemore
Title: Authorized Agent for Acqura Loan Services
Company: Brice, Vander Linden & Wernick, PC

/s/ Nickolaus Allan McLemore
Signature

Address and telephone number:

09/06/2012
Date

   P. O. Box 829009
   Dallas, TX 75382-9909

Telephone:   (972) 643-6600           Email:      NFCinquiries@nbsdefaultservices.com

FCN_Notice_001                                                                                                   1
5363-N-0023

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before September 6, 2012

**Debtor**  *Via U.S. Mail*
Deaderrich D. Wright
85 Oliver Lane
Moscow, Tennessee 38057

**Debtors' Attorney**
Jimmy E. Mcelroy
Attorney At Law
3780 S. Mendenhall
Memphis, TN  38115

**Chapter 13 Trustee**
Sylvia F. Brown
200 Jefferson Ave. Suite #1113
Memphis, Tennessee 38103

**US Trustee**
Office of the US Trustee
One Memphis Place / 200 Jefferson, Suite 400
Memphis, Tennessee  38103

Respectfully Submitted,

/s/ Nickolaus Allan McLemore